1 | Justin G. Randall, Esq.
Nevada Bar No. 12476
2 | LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
3 | Las Vegas, Nevada 89147
Telephone: (702) 877-1500
4 | Facsimile: (702) 933-6309
E-mail: jrandall@lernerandrowe.com
5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| RYAN VINCENT FITZPATRICK individually;<br><br>Plaintiff,<br><br>v.<br><br>KEVIN BERNEZ, individually;<br>DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02174-JAD-EJY |

## **SUBSTITUTION OF ATTORNEY**

COMES NOW, Plaintiff RYAN VINCENT FITZPATRICK, and hereby consents to the substitution of Matthew W. Hoffman, Esq., 10789 W. Twain Avenue, Suite 100, Las Vegas, Nevada, 89135 in the place and stead of Justin G. Randall, Esq., of Lerner & Rowe Injury Attorneys, to represent Plaintiff.

DATED this 10th day of February, 2020.

/s/ Ryan Vincent Fitzpatrick
RYAN VINCENT FITZPATRICK

. . .

. . .

1

MATTHEW W. HOFFMAN, ESQ., of ATKINSON, WATKINS, & HOFFMANN does hereby agree to be substituted in the place of Justin G. Randall, Esq., of Lerner & Rowe Injury Attorneys as Plaintiff's attorney of record.

DATED this 10th day of February, 2020.

/s/ Matthew W. Hoffmann
Matthew W. Hoffmann, Esq.
Nevada Bar No. 9061
ATKINSON, WATKINS, HOFFMANN
10789 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

JUSTIN G. RANDALL, ESQ. of LERNER & ROWE INJURY ATTORNEYS does hereby agree to the above-referenced substitution.

DATED this 10th day of February, 2020.

LERNER & ROWE INJURY ATTORNEYS

/s/ Justin G. Randall
Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 12, 2020

2