MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 9061
TYLER M. CRAWFORD, ESQ.
Nevada Bar No. 10559
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
Telephone: 702-562-6000
Facsimile: 702-562-6066
Email: mhoffmann@awhlawyers.com
Email: tcrawford@awhlawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN VINCENT FITZPATRICK, individually, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN BERNEZ, individually; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive; <br><br> Defendants. | CASE NO.: 2:19-cv-02174-JAD-EJY <br><br> **STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES BY 90 DAYS 1ST REQUEST** <br><br> *THIRD REQUEST* |

Pursuant to Local Rule IA 6-1 and II 26-4, Defendant Kevin Bernez and Plaintiff Ryan Vincent Fitzpatrick, by and through their respective counsel of record, stipulate to a 90-day extension of the following designated deadlines. This is the second request for an extension of discovery, and it is entered in good faith without any intent to delay.

### I.   DISCOVERY CONDUCTED TO DATE

1. Plaintiff has served his Initial Disclosure of Witnesses and Documents pursuant to NRCP 16.1;

2. Defendants served their Initial Disclosure of Witnesses and Documents pursuant to NRCP 16.1;

3. Defendant propounded interrogatories and requests for production on Plaintiff, who responded on March 31, 2020;

4. Plaintiff propounded interrogatories, request for admissions and requests for production on Defendant, who responded on July 30, 2020;

5. Plaintiff's deposition was taken on July 9, 2020.

## II.   DISCOVERY TO BE CONDUCTED

1. Initial expert witness disclosures;

2. Rebuttal expert witness disclosures;

3. Deposition of Defendant;

4. Depositions of each party's respective experts; and

5. Any other discovery that may become necessary upon completion of the discovery above.

## III.   THE REASONS THE ABOVE DISCOVERY CANNOT BE DONE WITHING THE EXISTING DISCOVERY TIME LIMITS

This request is made for a good cause exists because both parties are in the process of conducting discovery, some of which has been delayed by the COVID-19 pandemic and personal matters for Defendant's counsel.  Defendant is still obtaining Plaintiff's medical records from his treating providers.  Plaintiff needs to take Defendant's deposition.  In addition, defendant and one witness reside in Los Angeles County, California. The COVID-19 pandemic with, additional lockdowns in Los Angeles, has delayed required depositions until such time as they can be taken without undue risk to the participants, including counsel who must travel from Las Vegas to Los Angeles.

## PROPOSED SCHEDULE

**1.**   Close of Discovery:  The current deadline of December 15, 2020 shall be extended to March 15, 2021.

**2.**   Amending the pleadings and/or adding parties:  The current deadline of March 17, 2020, has passed and shall not be continued.

**3.**   Interim Status Report:  The current deadline of October 15, 2020 shall be extended to January 13, 2021.

**4.**   Initial Expert Disclosures:  The current deadline of October 15, 2020 shall be

extended to January 13, 2021, which is sixty days before the proposed discovery closure.

5. Rebuttal Expert Disclosures: The current deadline of November 16, 2020, shall be extended to February 15, 2021, which is thirty days before the proposed discovery closure.

6. Dispositive Motions: the current deadline of January 14, 2021 shall be extended to April 14, 2021, which is thirty days after the proposed discovery closure.

7. Pre-Trial Order: the joint pre-trial order is currently set to be filed by January 14, 2021 and shall be extended to ~~April~~ **May** 14, 2021. This date will be continued in the event any dispositive motions are filed and not yet decided by the Court.

All parties agree that the requested 90-day extension of all designated deadlines is necessary to provide all parties times to complete discovery in this matter.

DATED: October 14, 2020  DATED: October 14, 2020

ATKINSON WATKINS & HOFFMANN, LLP

CARMAN COONEY FORBUSH, PLLC

*/s/ Tyler M. Crawford*
MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 9061
TYLER M CRAWFORD, ESQ.
Nevada Bar No. 10559
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
*Attorneys for Plaintiff*

*/s/ Sean D. Cooney*
SEAN D. COONEY, ESQ.
Nevada Bar No. 12945
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
4045 Spencer Street, Ste. A47
Las Vegas, NV 89119
*Attorneys for Defendant Bernez*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: October 14, 2020**