**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant,
Kevin Bernez

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| RYAN VINCENT FITZPATRICK, individually;<br><br>Plaintiff,<br><br>v.<br><br>KEVIN BERNEZ, individually; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant | Case No.:   2:19-cv-02174-JAD-EJY<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 27 |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Ryan Vincent Fitzpatrick, and Defendant Kevin Bernez by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

**IT IS FURTHER STIPULATED** that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

| | |
|---|---|
| DATED September 22nd, 2021 | DATED September 16th, 2021 |
| **CARMAN COONEY FORBUSH PLLC** | **ATKINSON WATKINS & HOFFMANN, LLP** |
| *[signature]* | /s/ Tyler M. Crawford |
| SEAN D. COONEY, ESQ.<br>ADAM C. EDWARDS, ESQ.<br>Attorneys for Defendant,<br>Kevin Bernez | TYLER M. CRAWFORD, ESQ.<br>Attorneys for Plaintiff,<br>Ryan Vincent Fitzpatrick |

## ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 27, 2021